NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

LEWIS BRISBOIS BISGAARD & SMITH LLP
LYNN L. KRIEGER, SB# 209592
   E-Mail: Lynn.Krieger@lewisbrisbois.com
JORDON E. HARRIMAN SB# 117150
   E-Mail: Jordon.Harriman@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580

ATTORNEY(S) FOR:  Defendants, Tokio Marine Kiln Syndicates Ltd

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

RED CHAMBER CO.,

Plaintiff(s),

v.

CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY B1333ECB150137 and DOES 1 through 10,

Defendant(s).

CASE NUMBER:

2:18-CV-01835-SS

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for Defendants Tokio Marine Kiln Syndicates Limited, on behalf of Policy B1333ECB150137, and erroneously sued herein as "CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY B1333ECB150137," or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case.  These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| Tokio Marine Holdings, Inc. (Registered and Listed in Japan) | Owner of Tokio Marine & Nichido Fire Insurance Co., Ltd. |
| Tokio Marine & Nichido Fire Insurance Co., Ltd. (Registered in Japan) | Owner of Tokio Marine Kiln Group Limited |
| Tokio Marine Kiln Group Limited (Registered in England and Wales) | Owner of Tokio Marine Kiln Syndicates Limited |
| Tokio Marine Kiln Syndicates Limited | Defendant |

June 4, 2018
Date

Lynn L. Krieger
Signature

Attorney of record for (or name of party appearing in pro per):

Defendant, Tokio Marine Kiln Syndicates Limited