```
DAVID L. PRINCE, ESQ., #113599
MILES L. PRINCE, ESQ., #298823
EVAN A. CLARK, ESQ., #309697
1912 East Vernon Avenue, Suite 100
Los Angeles, CA 90058
Tel. 323/234-2989  Fax. 323/234-2619
```

Attorney for Plaintiff, **RED CHAMBER CO.**

### UNITED STATES DISTRICT COURT

### CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RED CHAMBER CO.,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO POLICY B1333ECB150137 and DOES 1 through 10,<br><br>　　　　　Defendants. | CASE NO.: 2:18-cv-01835-R-FFM<br><br>STIPULATION FOR DISMISSAL OF COMPLAINT |

**IT IS HEREBY STIPULATED AND AGREED** by and between the parties through their respective counsels that the above-captioned action is voluntarily dismissed against Defendant TOKIO MARIN KILN SYNDICATES LIMITED pursuant to the FRCP 41(a)(1)(A)(ii).

Dated: January 29, 2019

_____
**DAVID L. PRINCE,**
**Attorney for Plaintiff**

Dated:

_____
**LYNN KRIEGER,**
**Attorney for Defendant**

---
1
Stipulation for Dismissal of Complaint